JS-44 (Rev. 11/2020 DC)

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS**
Kidane Kifle, 8662 Devon Hills Road, Fort Washington, Md. 20744, and KNT Signs & Graphics, LLC, 3606 Old Silver Road, Suitland, Md. 20746

**DEFENDANTS**
ZP Towing, Inc., 11014 Cattail Court, Manassas, Virginia 20109

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Wendell C. Robinson, 7600 Georgia Ave. N.W., Suite 203, Washington, D.C. 20012, 202-22304470

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in this State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**◉ E. General Civil (Other)        OR        ○ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☒ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/Privacy Act** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
28USC1332, the Defendant took the Plaintiffs, from an accident cite, agreed to return, upon payment but refused to do so.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 100,000.00<br>**JURY DEMAND:** | Check **YES** only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |

**DATE:** July 11, 2022    **SIGNATURE OF ATTORNEY OF RECORD** *Wendell C. Robinson*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▼

| | |
|---|---|
| Kidane Kifle, 8662 Devon Hills Road, Fort Washington, Md. 20744 and KNT Signs & Graphs, LLC, 3606 Old Silver Road, Suitland, Md. 20746 _____ *Plaintiff(s)* v. ZP Towing, Inc. 11014 Cattail Court, Manassas, Virginia 20100 _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZP Towing Inc.
11014 Cattail Court
Manassas, Virginia 20109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Wendell C. Robinson, Esq.
7600 Georgia Ave. N.W., Suite 203
Washington, D.C. 20012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

❐ I returned the summons unexecuted because _____; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

*ANGELA D. CAESAR*
*Clerk of Courts*

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

**All parties** must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are <u>not</u> foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Notice, Consent and Reference of a Civil Action to a Magistrate Judge (AO 85)" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

### HOW DO I FILE?

Once the form is signed by **all parties**, submit the form to the Clerk's Office by mail or email, or file it electronically in CM/ECF using the event *Consent to Proceed before Magistrate Judge for All Purposes* (under <u>**Other Documents**</u>). **Do not file the form unless signed by all parties.**

n:\Forms\Notice of Right to Consent to Trial
CO-942A Rev. 3/22

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia ☑

| | | |
|---|---|---|
| Kidane Kifle and KNT Signs & Graphics, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| ZP Towing | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Wendell C. Robinson, Esq. Counsel for Plaintiff | *Wendell Robinson* | 7-11-2022 |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                                                  *District Judge's signature*

                                                                  _____
                                                                  *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

**United States District Court**
**For the District of Columbia**

Kidane Kifle                  :
8662 Devon Hills Drive     :
Fort Washington, Md. 20744   :
                         :

     And              :
                         :

KNT Signs & Graphics LLC  :
3606 Old Silver Hill Road    :
Suitland, Maryland 20746    :
                         :

       Plaintiffs       :
                         :

        v.               :    Case No:_____
                         :

ZP Towing               :
11014 Cattail Court        :
Manassas, Virginia 20109    :
                         :

       Defendant      :

## Complaint for Breach of Contract, Conversion, and Trespass to Chattel

Comes now Kidane Kifle and KNT Signs & Graphics, LLC, Kifle, by and through undersigned counsel, and sues ZP Towing, Inc., ZP, on the grounds hereinafter stated:

## Jurisdiction.

1. This Court has jurisdiction, pursuant to: **28 U.S.C. § 1332.**

2. Venue is proper, in this court, pursuant to: **28 U.S.C. § 1391 (b),** because on information and belief, all of: or a substantial part, of the events, or omissions, giving rise to this cause of action occurred in this judicial district.

## Parties

3. Kifle is a resident of the State of Maryland. He was a resident, at all times relevant, to this cause of action

1

4. KNT Signs & Graphics LLC, is a limited liability company. It was organized and operating, pursuant to the laws of the State of Maryland. It was operating, in that capacity, at all times relevant, to this cause of action.

5. ZP is a corporation organized and operating, pursuant to the laws, of the Commonwealth of Virginia. It was operating, in that capacity, at all times relevant, to this cause of action, but it lacked the authority to operate, in the District of Columbia, at all times relevant to this cause of action.

## **Facts**

6. Kifle owns of a 2014 Toyota four door, RAV 4, AWD, with Maryland License Tag No: 2DK 2592. **Exhibit # 1**. On July 16, 2020, while parked in the 1700 Block of Seaton Street, N.W., Washington, D.C., at approximately 5:17pm, it was struck, in the rear, by another car. The police were called and they called, ZP, to tow Kifle's car, out of the street.

7. Kifle, while at the scene, of the accident, spoke to an Afro-American driver of ZP's tow truck. The driver, while working within the scope of his employment as: an agent, servant, and/or employee for ZP, entered into an oral contract, with Kifle, to tow his car, from the street, to Virginia; and that Kifle would not have to pay the towing fee because the insurance company, for the driver, of the car, that struck Kifle's car, would pay for it. Kifle, in response to the ZP'S driver's request, gave him his driver's license to obtain his contact information and for Kifle's verification when he came to pick up his car.

8. Approximately two or three days later, Kifle went to the police station to obtain a copy of the police report so he could contact ZP about the return of his car. He obtained it approximately two weeks later. He was told that was the earliest he could get it because of police department administrative problems. After receiving it, Kifle obtained contact information for ZP.  When he spoke to one of ZP'S agent, servants, and/or employees, the

2

person was rude and refused to give Kifle any information, about his car, except that the insurance company, for the driver of the car, that struck Kifle's car, paid ZP'S towing fees.

9.  Kifle needed another car but it was difficult to obtain another one because, he couldn't provide an adequate explanation why he didn't have his current one. It was very stressful and he suffered emotion distress.  He had to request a friend to help him purchase a car. The friend helped and Kifle was able to purchase another car.

10.  Kifle was contacted by the Commonwealth of Virginia's Department of Motor Vehicles on December 15, 2020, about his car. **Exhibit # 2**. A letter from undersigned counsel was sent in reply to it. **Exhibit #3**. The requested information, in that letter, was never provided. **Id.**

11.  Undersigned counsel sent letters to ZP on: January 14, 2021, **Exhibit # 4**, and March 16, 2021. **Exhibit # 5.** When a response was not received, letters were sent to Virginia Governor, Ralph Northam, **Exhibit # 6**, and the Virginia Department of Motor Vehicles. ZP **Exhibit # 7**, seeking the return of Kifle's car to no avail, after numerous request, for its return, were made.

## Count I
## Breach of Contract

12.  Kifle incorporates, by reference, the allegations in paragraphs: 1 through 11, into this Count, as fully as plead herein.

13.  As a direct result, and proximate cause, of: ZP'S breach of its contract, to return Kifle's car, he's been deprived of the use of his car, has to pay for it, had to purchase another car, and had to incur attorney fees, to file this lawsuit, seeking compensation for ZP'S breach of its contract and Kifle's loss of use of his car.

3

**Wherefore, the premises considered,** Kifle demands judgment against ZP, in the amount of: $100,000.00 compensatory damages, $100,000, 00, punitive damages, reasonable attorney fees, and any other damages, this Court deems just and reasonable.

## Count II
## Conversion

14.  Kifle incorporates, by reference, the allegations in paragraphs 1 through 13, into this court, as fully as if plead herein.

15. As a direct result, and proximate cause, of: ZP'S conversion of Kifle's car and/or otherwise disposing of it, ZP has converted Kifle's car, for its own use and personal discretion, to Kifle's detriment.

**Wherefore, the premises considered,** Kifle demands judgment against ZP, in the amount of: $100,000.00 compensatory damages, $100,000, 00, punitive damages, reasonable attorney fees, and any other damages, this Court deems just and reasonable.

## Count III
## Trespass To Chattel

16.  Kifle incorporates, by reference, the allegations in paragraphs 1 through 15, into this court, as fully as if plead herein.

17.  ZP was/is in possession of Kifle's car. He's requested its return but ZP refused to do so. ZP'S refusal is a trespass to Kifle's car, his chattel.

18.  As a direct result, and proximate cause, of ZP'S trespass, to Kifle's chattel, ZP is deprived of the use and enjoyment of their chattel, and was caused to spend time, money, effort, and attorney fees, seeking compensation for the trespass to their chattel.

4

   **<u>Wherefore, the premises considered,</u>**  Kifle demands judgment against ZP, in the amount of: $100,000.00 compensatory damages, $100,000, 00, punitive damages, reasonable attorney fees, and any other damages, this Court deems just and reasonable.

Respectfully submitted,

<u>*s/s Wendell C. Robinson*</u>
Wendell C. Robinson, 28273
7600 Georgia Avenue, N.W., Suite 203
Washington, D.C. 20012
202-223-4470 ph, 202-726-9060 fax
grindstonelaw@aol.com

5